David M. Goodrich
650 Town Center Drive
Suite 600
Costa Mesa, CA 92626

(714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>FREEMAN, BENNIE RAY<br>JORDAN-FREEMAN, GERALDINE<br><br>                                     Debtors. | Case No. 2:18-bk-24706-ER<br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>DATE:    [NO HEARING SET]<br>TIME:    [NO HEARING SET]<br>PLACE:  [NO HEARING SET] |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE:**

David M. Goodrich, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case and appropriate notice should be given to creditors to file claims.

Date: January 7, 2019

/s/ David M. Goodrich
David M. Goodrich
Chapter 7 Trustee